UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA BELLE, and KAREN MUNTU, )
)
Plaintiffs, )

V

WAYNE COUNTY, a municipal entity; CITY OF DETROIT, a municipal entity; CATHY M. GARRETT, in her individual and official capacity as Wayne County Clerk; ERIC SABREE, in his individual and official capacity as Wayne County Treasurer; ADAM SABREE, in his individual capacity as Judge, 36th District Court; KEITH WILLIAMS, in his individual capacity; TROTT LAW, P.C., a Michigan professional corporation; U.S. DEPARTMENT OF VETERANS AFFAIRS; EVERGREEN HEALTH & LIVING CENTER, a nursing facility in Southfield, Michigan; CHERYL MOORE, M.D., in her individual capacity; RAMIN RAFIE, M.D., in his individual capacity; and MONIQUE SHARPE, in her individual capacity as Judge, 36th District Court; and JANICE WINFREY, in her individual and official capacity as Detroit City Clerk,

Defendants.

Case No. 2:26-cv-11509
Hon. Mark A. Goldsmith

**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6).**

***ORAL ARGUMENT REQUESTED***

---

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

ANITA BELLE and KAREN MUNTU
In pro per
18437 Pennington Dr.
Detroit, MI 48221
(718) 916-6194
kbmuntu@yahoo.com

GABE SYBESMA (P66632)
STEVE N. CHEOLAS (P32178)
Kitch Attorneys and Counselors, PC
Attorneys for Def. Evergreen
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
(313) 965-7900
gabe.sybesma@kitch.com

**DEFENDANT EVERGREEN'S MOTION TO DISMISS IN LIEU OF AN ANSWER PURSUANT TO FED. R. CIV. P. 12(b)(6) EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| A. | Plaintiffs' Complaint |

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900